UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. C 07-2021 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| E. MAZARIEGO; et al., | |
| Defendants. | |

This action is dismissed without leave to amend because the amended complaint fails to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 5, 2007

_____
SUSAN ILLSTON
United States District Judge